**DISMISS and Opinion Filed March 12, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-01004-CV**

**ALEJANDRO VASQUEZ D/B/A DANI'S CONCRETE, Appellant**
**V.**
**KAPSEN DEVELOPMENT GROUP, LLC, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-07342**

## MEMORANDUM OPINION

Before Justices Molberg, Reichek, and Nowell
Opinion by Justice Reichek

We questioned our jurisdiction over this appeal because there did not appear to be a final judgment or other appealable order. We instructed appellant to file a letter brief addressing our concern.

Generally, appellate courts have jurisdiction only over appeals from final judgments and certain interlocutory orders as permitted by statute. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a); *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). A final judgment is one that disposes of all parties and claims. *See Lehmann*, 39 S.W.3d at 195.

Appellee sued appellant and two other defendants. Appellant appeals from the trial court's August 13, 2020 default judgment against him as to liability only with damages to be determined. The default judgment is interlocutory because it does not dispose of appellee's claims against the other defendants and does not determine the amount of damages appellant owes to appellee. Because the trial court's August 13th order did not resolve all claims and all parties, a final judgment has not been entered.

Although appellant filed a letter brief as requested, it fails to demonstrate our jurisdiction over the appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).


/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

201004F.P05

–2–



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ALEJANDRO VASQUEZ D/B/A
DANI'S CONCRETE, Appellant

No. 05-20-01004-CV     V.

KAPSEN DEVELOPMENT
GROUP, LLC, Appellee

On Appeal from the 68th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-20-07342.
Opinion delivered by Justice
Reichek. Justices Molberg and
Nowell participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee KAPSEN DEVELOPMENT GROUP, LLC recover its costs of this appeal from appellant ALEJANDRO VASQUEZ D/B/A DANI'S CONCRETE.

Judgment entered March 12, 2021